Ernest G. Taylor, Jr., Robert Minard Arentson, Jr., Christine Crockett McCluskey, Watkins, Ludlam & Stennis, Jackson, MS, for Plaintiffs–Appellants.

William Brandt Lazarus, Martin W. Matzen, Washington, DC, Donald Monroe Waits, Asst. U.S. Atty., Biloxi, MS, for Defendant–Appellee.

Henry D. Granberry, III, Atlanta, GA, for Southeastern Legal Foundation, Amicus Curiae.

John Joseph Rademacher, Jerome J. Werderitch, Michael John Stientjes, American Farm Bur. Fed., Park Ridge, IL, for American Farm Bur. Fed. and Mississippi Farm Bur. Fed., Amicus Curiae.

Before POLITZ, Chief Judge, and EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:

This matter is on remand from the Supreme Court, *United States v. Beggerly,* —— U.S. ——, 118 S.Ct. 1862, 141 L.Ed.2d 32 (1998), which reversed the decision of this court reported at 114 F.3d 484 (5th Cir. 1997). In accordance with the Supreme Court's mandate, the judgment of the district court dismissing the Beggerlys' complaint with prejudice for lack of jurisdiction and denying all other relief sought is hereby AFFIRMED in all respects.

**Troy A. ASHMUS, on behalf of himself as an individual and on behalf of himself and all others similarly situated, Plaintiff–Appellee,**

v.

**Arthur CALDERON, Warden; Teena Farmon, Warden of the Central California Women's Facility; James H. Gomez, Director, California Department of Corrections; Daniel E. Lungren, Attorney General, Defendants–Appellants.**

No. 96–16141.

United States Court of Appeals, Ninth Circuit.

Aug. 19, 1998.

Before: BEEZER and THOMPSON, Circuit Judges, and GILLMOR,* District Judge.

**ORDER**

The mandate of the United States Supreme Court certified on July 30, 1998 in *Calderon v. Ashmus,* Supreme Court No. 97–391, 1998 WL 422337, reversed the judgment of this court in *Ashmus v. Calderon,* this court's no. 96–16141. Accordingly, we vacate our opinion at 123 F.3d 1199 (1997), reverse the district court, and remand to the district court with instructions to dismiss the com-

* Honorable Helen Gillmor, District Judge for the District of Hawaii, sitting by designation.

plaint consistent with the opinion of the Supreme Court.